# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Sepehr Torabi,
vs
Washington Mutual Bank;
Chase Bank, NA; Citibank, NA
As Trustee for WAMU 2004-AR9;
WAMU 2004-AR9; Does 1-25,

FILED
09 DEC 22 PM 12:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL ACTION**
Case No. 3:09-CV-02838-JAH-BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

SEPEHR TORABI
3253 Caminito East Bluff, #26
La Jolla, California 92037
Phone: (858) 518-1515

An answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

K. HAMMERLY
By _____, Deputy Clerk

DEC 2 2 2009
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)