UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEPEHR TORABI<br><br>            Plaintiff,<br>v.<br><br>WASHINGTON MUTUAL BANK, CHASE BANK, and, DOES 1 through 10 INCLUSIVE<br><br>            Defendants. | Civil No. 09cv2838 JAH (BLM)<br><br>**ORDER GRANTING EX PARTE REQUEST FOR CONTINUANCE**<br><br>[Doc. No. 7] |

On March 4, 2010, Plaintiff Sepehr Torabi submitted the instant *ex parte* application requesting that the hearing date of March 29, 2010 set for Defendant Chase Bank's motion to dismiss be continued to April 19, 2010. The request is unopposed.

Therefore, IT IS HEREBY ORDERED that the hearing on Defendant's motion to dismiss set for March 29, 2010 is VACATED and rescheduled for April 19, 2010.

IT IS SO ORDERED.

DATED: March 10, 2010

JOHN A. HOUSTON
United States District Judge