1  THEODORE E. BACON (CA Bar No. 115395)
   tbacon@alvaradosmith.com
2  SCOTT J. STILMAN (CA Bar No. 120239)
   sstilman@alvaradosmith.com
3  ALVARADOSMITH
   A Professional Corporation
4  633 W. Fifth Street, Suite 1100
   Los Angeles, CA 90071
5  Tel.:   (213) 229-2400
   Fax.:   (213) 229-2499
6
   Attorneys for Defendant,
7  JPMORGAN CHASE BANK, N.A., FOR ITSELF
   AND AS AN ACQUIRER OF CERTAIN ASSETS
8  AND LIABILITIES OF WASHINGTON
   MUTUAL BANK FROM THE FEDERAL
9  DEPOSIT INSURANCE CORPORATION
   ACTING AS RECEIVER
10

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEPEHR TORABI, | Case No. 09-CV-02838-JAH-BLM |
| Plaintiff, | Hon. John A. Houston |
| v. | |
| WASHINGTON MUTUAL BANK, CHASE BANK NA; CITIBANK NA as trustee for WAMU 2004-AR9, WAMU 2004, DOES 1-25 | **NOTICE OF CHANGE OF FIRM NAME** |
| Defendants. | **Action Filed:** December 17, 2009 |

     **PLEASE TAKE NOTICE** that the law firm of Adorno Yoss Alvarado & Smith, a professional corporation, has changed its name to AlvaradoSmith, a professional corporation.  Email addresses have changed; the mailing address, telephone and facsimile numbers shall remain the same.  All pleadings, notices and correspondence should be addressed as follows:

        THEODORE E. BACON (tbacon@alvaradosmith.com)
        SCOTT J. STILMAN (sstilman@alvaradosmith.com)
        ALVARADOSMITH
        633 W. Fifth Street, Suite 1100
        Los Angeles, CA  90071

DATED:  December 20, 2010        ALVARADOSMITH
                                              A Professional Corporation

                                        By:  /s/ Theodore E. Bacon
                                                THEODORE E. BACON
                                                SCOTT J. STILMAN
                                                Attorneys for Defendant
                                                JPMORGAN CHASE BANK, N.A.

NOTICE OF CHANGE OF FIRM NAME                        Case No. 09-CV-02838-JAH-BLM
2069645.1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is ALVARADOSMITH, APC, 633 W. Fifth Street, Suite 1100, Los Angeles, CA 90071.

On **December 20, 2010**, I served the foregoing document(s) described as: **NOTICE OF CHANGE OF FIRM NAME** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

> Sepehr Torabi, *Pro Se*
> 3253 Caminito East Bluff #26
> La Jolla, CA  92037
> Tel.   (858) 518-1515

☐ **BY ELECTRONIC SERVICE:** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who registered with the Court's CM/ECF system.

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☒ **BY REGULAR MAIL:** I placed such envelope with postage thereon fully paid in the United States mail at Los Angeles, California. I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on **December 20, 2010**, at Los Angeles, California.

_____
JOAN MACNEIL

2069645.1

CERTIFICATE OF SERVICE