1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                SOUTHERN DISTRICT OF CALIFORNIA

10   SEPEHR TORABI,                          )    Civil No.  09cv2838 JAH (BLM)
                                             )
11                   Plaintiff,              )    ORDER DENYING PLAINTIFF'S
     v.                                      )    MOTION TO CONSOLIDATE
12                                           )
     WASHINGTON MUTUAL BANK, et al,          )
13                                           )
                     Defendants.             )
14   _____        )

15

16

17       *Pro se* plaintiff, Sepehr Torabi, filed an unopposed Motion to Consolidate the instant case

18   with Case No. 09cv2945.  This Court's review of both cases reveals that consolidation is not

19   appropriate at this time.  The Complaint in Case No. 09cv2945 was removed from the Superior

20   Court of California, County of San Diego.  However, only the first page of the Complaint is

21   included in the removal papers.  From the brief excerpt of the Complaint currently in the record,

22   the Court cannot determine whether Case No. 09cv2945 is appropriate for consolidation with the

23   instant matter.  See F.R.C.P. 42(a).[1]  Accordingly, plaintiff's Motion to Consolidate is DENIED

24   ///

25   ///

26   ///

27
         [1]When actions involving a common question of law or fact are pending before the court, it may
28   order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions
     consolidated; and it may make such orders concerning proceedings therein as may tend to avoid
     unnecessary costs or delay.

                                                                              09CV2838 JAH (BLM)

1   WITHOUT PREJUDICE.  Plaintiff may re-file their Motion to Consolidate once the entire

2   Complaint in Case No. 09cv2945 has been filed with this Court.

3

4

5   Dated: March 30, 2011

6                                                     _____
                                                      John A. Houston
                                                      United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28