## EXHIBITS – TABLE OF CONTENTS

| Exhibit | Description | Pages |
|---|---|---|
| Exhibit 1 | Deed of Trust ("DOT") concerning the property located at 3253 Caminito East Bluff #26, La Jolla, California ("Subject Property") that was recorded with the San Diego County Recorder's Office on May 17, 2004, as instrument number 2004-0444813 | 1-23 |
| Exhibit 2 | Assignment of Deed of Trust concerning the DOT that was recorded with the San Diego County Recorder's Office on January 28, 2009 as instrument number 2009-0040034 | 24-25 |
| Exhibit 3 | Notice of Default and Election to Sell Under Deed of Trust ("NOD") concerning the DOT that was recorded with the San Diego County Recorder's Office on January 28, 2009 as instrument number 2009-0040035 | 26-27 |
| Exhibit 4 | Notice of Trustee' Sale concerning the DOT and the Subject Property that was recorded with the San Diego County Recorder's Office on May 1, 2009 as instrument number 2009-0229296 | 28-29 |
| Exhibit 5 | Trustee's Deed Upon Sale concerning the DOT and the Subject Property that was recorded with the San Diego County Recorder's Office on July 30, 2009 as instrument number 2009-0424260 | 30-31 |
| Exhibit 6 | Second Assignment of Deed of Trust concerning the DOT that was recorded with the San Diego County Recorder's Office on May 9, 2011 as instrument number 2011-0238395 | 32-33 |
| Exhibit 7 | Second Trustee's Deed Upon Sale concerning the DOT and the Subject Property that was recorded with the San Diego County Recorder's Office on May 9, 2011 as instrument number 2011-0238396 | 34-36 |
| Exhibit 8 | Office of Thrift Supervision Order directing FDIC to act as Receiver of Washington Mutual | 37-39 |
| Exhibit 9 | Purchase and Assumption Agreement Whole Bank Among Federal Deposit Insurance Corporation, Receiver of Washington Mutual Bank, Henderson, Nevada, Federal Deposit Insurance Corporation ("FDIC") and JP Morgan Chase Bank, National Association, dated September 25, 2008 | 40-83 |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS   Case No. 09-CV-02838-JAH-BLM
3029720.1 -- AL109.W1094