# EXHIBIT 2

Branch :F7I,User :TZ23     Comment:     Station Id :W22G

RECORDING REQUESTED BY
CALIFORNIA RECONVEYANCE COMPANY

AND WHEN RECORDED MAIL TO

CALIFORNIA RECONVEYANCE COMPANY
9200 Oakdale Avenue
Mail Stop: N 11 06 12
Chatsworth, CA 91311

348

DOC # 2009-0040034

JAN 28, 2009    8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
DAVID L. BUTLER, COUNTY RECORDER
FEES:      14.00
           DA:    1
PAGES:     2

Space above this line for recorder's use only

Trustee Sale No. 230026CA   Loan No. 0083488213   Title Order No. 602116985

## IMPORTANT NOTICE

NOTE: After having been recorded, this Assignment should be kept with the
Note and the Deed of Trust hereby assigned.

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to Deutsche Bank, N.A. as trustee for WAMU 2005-AR2 all beneficial interest under that certain Deed of Trust dated 05/07/2004, executed by SEPEHR TORABI, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, as Trustor; to CALIFORNIA RECONVEYANCE COMPANY as Trustee; and Recorded 05/17/2004, Book , Page , Instrument 2004-0444813 of official records in the Office of the County Recorder of SAN DIEGO County, California. APN: 346-801-19-26 Situs: 3253 CAMINITO EASTBLUFF UNIT 26, , LA JOLLA, CA 92037

TOGETHER with the note or notes therein described and secured thereby, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust including the right to have reconveyed, in whole or in part, the real property described therein.

DATE: January 27, 2009

JPMorgan Chase Bank, National Association, successor in interest to WASHINGTON MUTUAL BANK, FA

_____
Huey-Jen Chiu, Vice President

FA_MERGE.DOC

SAN DIEGO,CA                    Page 1 of 2            Printed on 12/20/2010 2:51:40 PM
Document: AS 2009.40034

EXHIBIT 2 PAGE 24

Branch :F7l,User :TZ23                 Comment:                                    Station Id :W22G

Trustee Sale No. 230026CA Loan No. 0083488213 Title Order No. 602116985      **349**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

On January 27, 2009 before me, LOREN LOPEZ, "Notary Public", personally appeared Huey-Jen Chiu, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)   

FA_MERGE.DOC                           2

SAN DIEGO,CA                     Page 2 of 2              Printed on 12/20/2010 2:51:40 PM
Document: AS 2009.40034

EXHIBIT 2 PAGE 25