# EXHIBIT 5

Branch :F71,User :TZ23        Comment:                        Station Id :W22G

Recording Requested By
ServiceLink
WHEN RECORDED MAIL TO

California Reconveyance Company
PO Box 6200
Northridge, CA 91328-6200

MAIL TAX STATEMENTS TO

Washington Mutual Bank
7255 Baymeadows Way
Jacksonville, FL 32256
Mail Stop: JAXB2007



DOC #   2009-0424260



JUL 30, 2009    8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
DAVID L. BUTLER, COUNTY RECORDER
FEES:     12.00
OC:       NA

PAGES:    2

Space above this line for recorder's use only

Trustee Sale No. 230026CA   Loan No. 0083488213   Title Order No. 602116985

## 4428   TRUSTEE'S DEED UPON SALE

APN 346-801-19-26   T.R.A. No.
The undersigned grantor declares:
1)  The Grantee herein was the foreclosing beneficiary.
2)  The amount of the unpaid debt together with costs was ............... $393,843.24
3)  The amount paid by the grantee at the trustee sale was ............... $393,676.24
4)  The documentary transfer tax is ..................................................... $0
5)  Said property is in LA JOLLA

and CALIFORNIA RECONVEYANCE COMPANY (herein called Trustee), as the duly appointed Trustee or substituted Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty, express or implied, to CITBANK, NA AS TRUSTEE FOR WAMU 2004-AR9 (herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of SAN DIEGO, State of California, described as follows: PARCEL 1: AN UNDIVIDED 1/93RD INTEREST IN AND TO PARCEL 1 OF PARCEL MAP NO. 4690, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MAY 4, 1976. PARCEL 2: UNIT 26 OF EAST BLUFF, AS SET FORTH ON CONDOMINIUM PLAN RECORDED JULY 15, 1976, AS FILE NO. 76-222577 OF OFFICIAL RECORDS AND AS DEFINED IN THAT CERTAIN DECLARATION OF RESTRICTIONS RECORDED JULY 9, 1976, AS FILE NO. 76-216385 OF OFFICIAL RECORDS.

Situs: 3253 CAMINITO EASTBLUFF UNIT 26, , LA JOLLA, CA 92037
RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 05/07/2004 and executed by SEPEHR TORABI, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, as Trustor, and Recorded 05/17/2004, Book , Page , Instrument 2004-0444813 of official records of SAN DIEGO County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

SAN DIEGO,CA                  Page 1 of 2                 Printed on 12/20/2010 2:51:44 PM
Document: FD 2009.424260

EXHIBIT 5 PAGE 30

Branch :F7I,User :TZ23                Comment:                           Station Id :W22G

Trustee Sale No.: 230026CA Loan No.: 0083488213 Title Order No.: 602116985          4429

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on 07/23/2009. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being $393,676.24 in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the time of said Trustee's Sale.

DATE: July 24, 2009

CALIFORNIA RECONVEYANCE COMPANY, as Trustee

_____
Karime Arias, Assistant Secretary


STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

On July 24, 2009, before me, FRED RESTREPO, "Notary Public", personally appeared <u>KARIME ARIAS</u>, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

FRED RESTREPO
Commission # 1848173
Notary Public - California
Los Angeles County
My Comm. Expires May 8, 2013