# EXHIBIT 6

Branch :F7I,User :TZ01                    Comment:                                    Station Id :X5AM



RECORDING REQUESTED BY ~~CMS~~
~~CALIFORNIA RECONVEYANCE COMPANY~~

AND WHEN RECORDED MAIL TO
CALIFORNIA RECONVEYANCE COMPANY
9200 Oakdale Avenue
Mail Stop: CA2-4379
Chatsworth, CA 91311

DOC # 2011-0238395

MAY 09, 2011    8:00 AM
OFFICIAL RECORDS                    364
SAN DIEGO COUNTY RECORDER'S OFFICE
Ernest J. Dronenburg, Jr., COUNTY RECORDER
FEES:        21.00         DA:        1

**PAGES:        2**

Space above this line for recorder's use only

Trustee Sale No. 230026CA    Loan No. 0083488213    Title Order No. 602116985

## IMPORTANT NOTICE

NOTE: After having been recorded, this Assignment should be kept with the
Note and the Deed of Trust hereby assigned.

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to CITIBANK, NA AS
TRUSTEE FOR WAMU 2004-AR9 all beneficial interest under that certain Deed of Trust dated 05-
07-2004, executed by SEPEHR TORABI, A MARRIED MAN AS HIS SOLE AND SEPARATE
PROPERTY, as Trustor; to CALIFORNIA RECONVEYANCE COMPANY as Trustee; and Recorded
05-17-2004, Book , Page , Instrument 2004-0444813 of official records in the Office of the County
Recorder of SAN DIEGO County, California. **APN:** 346-801-19-26 **Situs:** 3253        CAMINITO
EASTBLUFF UNIT 26, , LA JOLLA, CA 92037

TOGETHER with the note or notes therein described and secured thereby, the money due and to
become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust
including the right to have reconveyed, in whole or in part, the real property described therein.

DATE: May 04, 2011

Deutsche Bank N.A., as trustee for WAMU 2005-AR2 by JPMorgan Chase Bank, National
Association, as attorney in fact.

Karinne Arias, Officer

FA_MERGE.DOC

1

EXHIBIT 6 PAGE 32

Branch :F7I,User :TZ01                    Comment:                                    Station Id :X5AM

Trustee Sale No. 230026CA Loan No. 0083488213 Title Order No. 602116985

365

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

On May 04, 2011 before me, LOREN LOPEZ, "Notary Public", personally appeared Karime Arias, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

LOREN LOPEZ
Commission # 1812959
Notary Public - California
Los Angeles County
My Comm. Expires Sep 12, 2012

FA_MERGE.DOC

2

SAN DIEGO,CA
Document: AS 2011.238395

Page 2 of 2

Printed on 11/22/2011 1:25:49 AM

EXHIBIT 6 PAGE 33