# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

SEPEHR TORABI

**V.**

WASHINGTON MUTUAL BANK; CHASE BANK, NA;
CITIBANK NA as trustee for WAMU 2004-AR9, WAMU
2004-AR9; and DOES 1 to 25

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:     09cv2838-JAH-BLM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Chase Bank's Motion to Strike and Motion to Dismiss are granted. This case is dismissed without prejudice.

| January 27, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/M. Cruz |
| | (By) M. Cruz, Deputy Clerk |
| | ENTERED ON January 27, 2012 |